554

## A. J. WALDOCK, as Manager, Managing Director and Trustee of the Homebuilders Lumber Company, a Corporation, Dissolved, v. CHOCTAW LUMBER COMPANY OF MISSOURI et al.

### No. 2921.

Circuit Court of Appeals, Tenth Circuit.

March 20, 1944.

Finnis E. Riddle, of Tulsa, Okl., for appellant.

Charles E. McPherren, of Oklahoma City, Okl., and Paul V. Barnett, of Kansas City, Mo., for appellees.

Before PHILLIPS, BRATTON, and HUXMAN, Circuit Judges.

PER CURIAM.

Docketed and dismissed on motion of appellees for failure to prosecute.

## WESTERN & SOUTHERN LIFE INSURANCE COMPANY, Appellant, v. James Edward DECKERT, Appellee.

### No. 9675.

Circuit Court of Appeals, Sixth Circuit.

April 7, 1944.

Rouse, Price & Adams, of Covington, Ky., for appellant.

Sawyer A. Smith, of Covington, Ky., for appellee.

Before HAMILTON, MARTIN, and McALLISTER, Circuit Judges.

PER CURIAM.

This cause having been submitted on the record, briefs and argument of counsel, it is adjudged that the cause be affirmed upon the grounds and for the reasons stated by the District Court in its opinion filed July 30, 1943, 51 F.Supp. 44.

## Lou D. WILKINS, Appellant, v. UNITED STATES of America, Appellee.

### No. 10626.

Circuit Court of Appeals, Ninth Circuit.

May 9, 1944.

Roy C. Stroud and Conklin & Delle, all of Yakima, Wash., for appellant.

Ed. M. Connelly, U. S. Atty., of Spokane, Wash., for appellee.

Before WILBUR, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of counsel for respective parties, and good cause therefor appearing, it is ordered that the appeal in this cause of Lou D. Wilkins be dismissed, that a judgment be filed and entered accordingly and that the mandate of this court as to the said Lou D. Wilkins be issued forthwith.

## Edgar August WILLE, Appellant, v. UNITED STATES of America.

### No. 12639.

Circuit Court of Appeals, Eighth Circuit.

March 6, 1944.

Eugene D. O'Sullivan and John A. McKenzie, both of Omaha, Neb., for appellant.

Joseph T. Votava, U. S. Atty., and Emmet L. Murphy, Asst. U. S. Atty., both of Omaha, Neb., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellee and request of appellant.